# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

_____

No: 21-3079
_____

The Satanic Temple

Plaintiff - Appellant

v.

City of Belle Plaine, Minnesota; Councilman Cary Coop, as City Council Member of the City of Belle Plaine, MN; Councilwoman Theresa McDaniel, as City Council Member of the City of Belle Plaine, MN; Councilman Ben Stier, as City Council Member of the City of Belle Plaine, MN; Councilman Paul Chard, as City Council Member of the City of Belle Plaine, MN; Mayor Christopher Meyer, as Mayor of the City of Belle Plaine, MN

Defendants - Appellees

_____

No: 21-3081
_____

The Satanic Temple

Plaintiff - Appellant

v.

City of Belle Plaine, Minnesota

Defendant - Appellee

------

Appeal from U.S. District Court for the District of Minnesota
(0:19-cv-01122-WMW)
(0:21-cv-00336-WMW)

------

**JUDGMENT**

Before LOKEN, ERICKSON and KOBES, Circuit Judges.

    These appeals from the United States District Court were submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in these causes is affirmed in accordance with the opinion of this Court.

August 30, 2023

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans